UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,     ) | Case No. 08mj8081-01 |
| ) | |
| v.                                                            ) | |
| ) | |
| REYNALDO SANCHEZ-DIAZ,              ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  January 31, 2008                    /s/ John  C. Ellis, Jr.
                                             JOHN C. ELLIS, JR.
                                             Federal Defenders
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             john_ellis@fd.org