1
2                              UNITED STATES DISTRICT COURT
3                             SOUTHERN DISTRICT OF CALIFORNIA
4   UNITED STATES OF AMERICA,           )   Criminal Case No. 08MJ8081
                                        )
5                  Plaintiff,           )
                                        )   **ORDER TO DISMISS COMPLAINT**
6         v.                            )   **WITHOUT PREJUDICE AS TO**
                                        )   **DEFENDANTS (1) AND (4)**
7   REYNALDO SANCHEZ-DIAZ (1),          )
    FORTINO AVILA-CONCHOLA (4),         )
8                                       )
                   Defendants.          )
9                                       )
                                        )
10  _____)

11        Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

12        **IT IS HEREBY ORDERED** that the Complaint in Criminal Case No. 08MJ8081 is dismissed

13  as to Defendants REYNALDO SANCHEZ-DIAZ (1) and FORTINO AVILA-CONCHOLA (4), only,

14  without prejudice.

15        **IT IF FURTHER ORDERED** that Defendants REYNALDO SANCHEZ-DIAZ (1) and

16  FORTINO AVILA-CONCHOLA (4), only, be released if in custody or that bond be exonerated if bond

17  has been posted.

18        **SO ORDERED.**

19
20
21
22  DATED: February 12, 2008
23                                              _____
                                                Peter C. Lewis
24                                              U.S. Magistrate Judge
                                                United States District Court
25
26
27
28