# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08MJ8081 |
| vs ) | ABSTRACT OF ORDER |
| Reynaldo Sanchez Diaz ) | Booking No. 05924298 |
| ) | ICJ# 881819 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/12/08__ the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court: ____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

✓ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. __Govt motion to Dismiss__

**PETER C. LEWIS**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

Received _____
DUSM

Crim-9 (Rev 6-95)    ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**