```
SCHROTH & SCHROTH
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHAEL BESS-AMARILLAS (1),<br>ERIK MEDELLIN-LOPEZ (2),<br>ALFREDO GARCIA-ORTEGA (3),<br><br>                Defendants. | Criminal Case No.:    08CR307MJ<br>Magistrate Case No.:  08MJ8081<br><br>**STIPULATION RELEASING**<br>**MATERIAL WITNESSES & ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Defendants MICHAEL BESS-AMARILLAS (1), ERIK MEDELLIN-LOPEZ (2), and ALFREDO GARCIA-ORTEGA (3), by and through and with the advice and consent of defense counsel, Robert E. Schroth, that:

1.   The material witnesses in this case:

Oscar Armando Gonzalez-Lorenzana

Jesus Tovar-Venegas

Vanessa Mavel-Martinez

May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

1

///

It is STIPULATED AND AGREED this date.

                          Respectfully submitted,

                          KAREN P. HEWITT
                          United States Attorney

Dated: March 21, 2008          s/Paul Starity
                          _____
                          PAUL STARITY
                          Assistant United States Attorney

Dated: March 21, 2008          s/Robert Casillas
                          _____
                          ROBERT CASILLAS
                          Defense Counsel for Michael Bess-Amarillas

Dated: March 21, 2008          s/Siri Shetty
                          _____
                          SIRI SHETTY
                          Defense Counsel for Erik Medellin-Lopez

Dated: March 21, 2008          s/Michael Littman
                          _____
                          MICHAEL LITTMAN
                          Defense Counsel for Alfredo Garcia-Ortega

Dated: March 21, 2008          s/Robert E. Schroth
                          _____
                          ROBERT E. SCHROTH
                          Counsel for Material Witnesses

1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21

| UNITED STATES OF AMERICA, | ) Criminal Case No.:   08CR0121 BTM |
|---|---|
|  | ) Magistrate Case No.:   07MJ8938 |
| Plaintiff, | ) |
|  | ) |
| vs. | ) **STIPULATION RELEASING** |
|  | ) **MATERIAL WITNESSES & ORDER** |
| MARCOS RODRIGUEZ-PERALES, | ) |
|  | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |

22

**ORDER**

23

Upon Joint Application and Motion of the Parties, and for good cause shown,

24

**IT IS ORDERED** that the material witnesses, Alicia Rivas-Ramirez and Jose

25

Santos Andrade-Alarcon and Ana Griselda Acosta-Carrillo above-named be released and

3

remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED**

Dated: _____                    _____
                                          HONORABLE LEO S. PAPAS
                                          United States Magistrate Judge

4